ORIGINAL

*[handwritten: du PWP]*

DAVID B. ROSEN (7152-0)
LAUREN M. AKITAKE (8858-0)
LAW OFFICE OF DAVID B. ROSEN, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
RosenLaw@hawaii.rr.com
Lakitake@gmail.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 1 2011

at _____ o'clock and _____ min. _____ M.
SUE BEITIA, CLERK

Attorneys for Defendants ONEWEST BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2, and AURORA LOAN SERVICES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN MICHAEL PAGANO, JR. and CRYSTAL PAGANO,<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, F.S.B.; INDYMAC MORTGAGE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2; LAWYERS TITLE INSURANCE CORPORATION; FIDELITY NATIONAL FINANCIAL, INC.; AURORA LOAN SERVICES, LLC; | CIVIL NO. CV 11-00192 DAE-RLP<br><br>**DEFENDANTS ONEWEST BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2, AND AURORA LOAN SERVICES, LLC'S RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE** |

and DOE DEFENDANTS 1-100,

Defendants.

**DEFENDANTS ONEWEST BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2, AND AURORA LOAN SERVICES, LLC'S RULE 16 SCHEDULING CONFERENCE STATEMENT**

Defendants ONEWEST BANK, FSB ("OneWest"), MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2 ("US Bank"), and AURORA LOAN SERVICES, LLC ("Aurora") (collectively, "Defendants"), by and through their counsel, The Law Office of David B. Rosen, ALC, hereby submit the following Scheduling Conference Statement in accordance with Federal Rules of Civil Procedure ("FRCP") Rule 16, and Local Rule 16.2 of the Rules of the United States District Court for the District of Hawaii.

I.     **NATURE OF THE CASE**

Plaintiffs STEPHEN MICHAEL PAGANO, JR. and CRYSTAL PAGANO (collectively, "Plaintiffs") admit in their Complaint filed February 22, 2011 ("Complaint"), that on December 22, 2006 they executed a promissory note ("Note") in the amount of $756,000.00, secured by a mortgage ("Mortgage") (the Note and Mortgage are collectively referred to herein as the "Loan") encumbering

the real property located at 64-5294 Puukapu Street, Kamuela, HI 96743 (the "Property"). Compl., ¶ 11. The Mortgage was recorded on April 11, 2008, in the Bureau of Conveyances, State of Hawaii ("Bureau"), as Document No. 2008-057098. Id., ¶ 12.

Plaintiffs further admit that on December 22, 2006, they executed a promissory note in the principal amount of $148,000.00 ("Equity Note"), secured by a mortgage ("Equity Mortgage") encumbering the Property. Id., ¶ 13. The Equity Mortgage was recorded on April 11, 2008, in the Bureau as Document No. 2008-057097.

Plaintiffs further admit that on July 6, 2007, they executed a promissory note in the principal amount of $250,000.00 ("Accommodation Note"), secured by a mortgage ("Accommodation Mortgage") encumbering the Property. Id., ¶ 21. The Accommodation Mortgage was recorded on July 24, 2007, in the Bureau as Document No. 2007-131666. Id., ¶ 22.

Plaintiffs further admit that on October 25, 2007, they executed a promissory note in the principal amount of $93,800.00 ("SBA Note"), secured by a mortgage ("SBA Mortgage") encumbering the Property. Id., ¶ 23. The SBA Mortgage was recorded on December 6, 2007, in the Bureau as Document No. 2007-211030. Id., ¶ 24.

Due to Plaintiffs' default under the terms of the Loan, OneWest, after due notice to Plaintiffs, commenced a non-judicial foreclosure of the Loan by recording a Notice of Mortgagee's Intention to Foreclose Under Power of Sale ("NOI") on December 28, 2010, in the Bureau as Document No. 2010-202333.

Plaintiffs' Complaint sets forth three causes of action for: (1) negligence (Id., ¶¶ 58-65); (2) fraud (Id., ¶¶ 67-69); and (3) "Non-Judicial Foreclosure" (Id., ¶¶ 71-72). Plaintiffs pray for various forms of relief including monetary damages (compensatory and punitive), attorneys' fees and costs, quiet title, removal of negative credit reporting, and satisfaction of the amounts due and owing under the Accommodation Mortgage and SBA Mortgage.

As will be established during the course of these proceedings, all of Plaintiffs' claims fail as against Defendants due to a lack of factual allegations and/or supporting legal authority.

## II.    STATEMENT OF JURISDICTION AND VENUE

On February 22, 2011, an action was commenced in the Circuit Court of the Third Circuit, State of Hawaii, entitled Stephen Michael Pagano, Jr. and Crystal Pagano v. OneWest Bank, F.S.B.; IndyMac Mortgage Services; Mortgage Electronic Registration Systems, Inc.; US Bank National Association, as trustee of the Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2007-2; Lawyers Title Insurance Corporation; Fidelity National Financial, Inc.; Aurora Loan

Services, LLC and DOE Defendants 1-100, as Case No. 11-1-055K ("Third Circuit Action").

On March 23, 2011, OneWest timely removed the Third Circuit Action to this Court based on diversity of citizenship of the parties and pursuant to 28 U.S.C. §§ 1332 and 1441. This Court has supplemental jurisdiction over any remaining purported causes of action under 28 U.S.C. § 1367.

## III. JURY TRIAL DEMAND

Plaintiffs have not demanded a jury trial.

## IV. APPROPRIATENESS, EXTENT AND TIMING OF INITIAL DISCLOSURES

Rule 26 disclosures should be provided in the ordinary course.

## V. DISCOVERY

Defendants have not initiated discovery and are not aware of any completed or outstanding discovery initiated by Plaintiffs. However, Defendants reserve the right to engage in written discovery if it becomes necessary to do so.

## VI. PENDING MOTIONS

Defendants are not aware of any pending motions.

## VII. SPECIAL PROCEDURES

Defendants anticipate no special procedures or other matter specified in FRCP 16(c) and/or Local Rule 16.2.

## VIII. ADDITIONAL MATTERS AND RELATED CASES

None.

DATED: Honolulu, Hawaii, April 11, 2011.

DAVID B. ROSEN
LAUREN M. AKITAKE
Attorneys for Defendants ONEWEST
BANK, FSB, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., US
BANK NATIONAL ASSOCIATION, AS
TRUSTEE OF THE LEHMAN
MORTGAGE TRUST MORTGAGE
PASS-THROUGH CERTIFICATES
SERIES 2007-2, and AURORA LOAN
SERVICES, LLC

IN THE UNITED STAES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN MICHAEL PAGANO, JR. and CRYSTAL PAGANO, <br><br> Plaintiff, <br><br> vs. <br><br> ONEWEST BANK, F.S.B.; INDYMAC MORTGAGE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2; LAWYERS TITLE INSURANCE CORPORATION; FIDELITY NATIONAL FINANCIAL, INC.; AURORA LOAN SERVICES, LLC; and DOE DEFENDANTS 1-100, <br><br> Defendants. | CIVIL NO.  CV 11-00192 DAE-RLP <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of DEFENDANTS ONEWEST

BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN

MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES

2007-2, AND AURORA LOAN SERVICES, LLC'S RULE 16 SCHEDULING

CONFERENCE STATEMENT will be served on the following parties at their respective addresses by means of U.S. Mail, first class, postage prepaid, on the date indicated below:

STEPHEN MICHAEL PAGANO, JR.
CRYSTAL PAGANO
64-5294 Puukapu Street
Kamuela, HI   96743
(Plaintiffs, *pro se*)
(via U.S. Mail)

DATED:   Honolulu, Hawaii, April 11, 2011.

DAVID B. ROSEN
LAUREN M. AKITAKE
Attorneys for Defendants ONEWEST
BANK, FSB, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., US
BANK NATIONAL ASSOCIATION, AS
TRUSTEE OF THE LEHMAN
MORTGAGE TRUST MORTGAGE
PASS-THROUGH CERTIFICATES
SERIES 2007-2, and AURORA LOAN
SERVICES, LLC