Stephen Michael Pagano, Jr.
Crystal Pagano
64-5294 Puukapu Street
Kamuela, HI 96743
(808) 430-6255
Pro Se

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 11 2011

at 12 o'clock and 50 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN MICHAEL PAGANO, JR. and CRYSTAL PAGANO<br><br>Plaintiff<br><br>vs.<br><br>ONEWEST BANK, F.S.B; INDYMAC MORTGAGE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2; LAWYERS TITLE INSURANCE CORPORATION; FIDELITY NATIONAL FINANCIAL, INC.; AURORA LOAN SERVICES, LLC and DOE DEFENDANTS 1-100.<br><br>Defendant(s). | CIVIL NO. 11-00192 DAE-RLP<br><br>**PLAINTIFFS DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE** |

**PLAINTIFFS DISCLOSURE STATEMENT**

COMES NOW Plaintiff(s) STEPHEN MICHAEL PAGANO, JR. and CRYSTAL PAGANO, hereinafter Plaintiff(s), pro se, hereby submits their disclosure statement pursuant to Rule 7.1(a) of the

1

Federal Rules of Civil Procedure as follows:

1. Plaintiff(s) is not a corporate entity.

2. Plaintiff(s) are an individual man and woman and are residents of the County of Hawaii, State of Hawaii.

DATED: Kamuela, Hawaii, April 8, 2011.

_____
Stephen Michael Pagano, Jr.
Pro Se

_____
Crystal Pagano
Pro Se

Stephen Michael Pagano, Jr.
Crystal Pagano
64-5294 Puukapu Street
Kamuela, HI 96743
(808) 430-6255
Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN MICHAEL PAGANO, JR. and CRYSTAL PAGANO <br><br> Plaintiff <br><br> vs. <br><br> ONEWEST BANK, F.S.B; INDYMAC MORTGAGE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2; LAWYERS TITLE INSURANCE CORPORATION; FIDELITY NATIONAL FINANCIAL, INC.; AURORA LOAN SERVICES, LLC and DOE DEFENDANTS 1-100. <br> Defendant(s). | CIVIL NO. 11-00192 DAE-RLP <br><br> **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing document will be duly served upon the following parties, at their last known address indicated below, by U.S. Mail, first class, postage prepaid, on the date indicated below:

1

David B. Rosen (7152-0)
Lauren M. Akitake (8858-0)
Law Office of David B. Rosen, ALC
810 Richards Street, Suite 880
Honolulu, HI 96813
**COUNSEL FOR DEFENDANT
ONEWEST BANK, FSB**

Indymac Mortgage Services
6900 Beatrice Drive
Kalamazoo, MI 49009-4045
**DEFENDANT**

Mortgage Electronic Registration Systems, Inc.
1818 Library Street Suite 300
Reston, VA 20190
**DEFENDANT**

US Bank, National Association,
as Trustee of the Lehman Mortgage Trust
Mortgage Pass-Through Certificates
Series 2007-2
800 Nicollet Mall
Minneapolis, MN 55402
**DEFENDANT**

Lawyers Title Insurance Corporation
601 Riverside Avenue
Jacksonville, FL 32204
**DEFENDANT**

Fidelity National Financial, Inc.
601 Riverside Avenue
Jacksonville, FL 32204
**DEFENDANT**

Aurora Loan Services, LLC
10350 Park Meadows Drive
Littleton, CO 80124
**DEFENDANT**

DATED: Kamuela, Hawaii, April 8, 2011.

_____
**Stephen Michael Pagano, Jr.**
Pro Se

_____
**Crystal Pagano**
Pro Se