Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

WAYNE NASSER         1097-0
MIRANDA TSAI         8308-0
Alii Place, Suite 1400
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
E-mail:     wnasser@awlaw.com
            mtsai@awlaw.com

Attorneys for Defendants
  LAWYERS TITLE INSURANCE CORPORATION
  and FIDELITY NATIONAL FINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN MICHAEL PAGANO, JR. and CRYSTAL PAGANO, <br><br> Plaintiffs, <br><br> v. <br><br> ONEWEST BANK, F.S.B; INDYMAC MORTGAGE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2; LAWYERS TITLE INSURANCE CORPORATION; FIDELITY NATIONAL FINANCIAL, | CIVIL NO. CV11-00192 DAE-RLP <br><br> DEFENDANTS LAWYERS TITLE INSURANCE CORPORATION AND FIDELITY NATIONAL FINANCIAL, INC.'S RULE 16 SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE |

961370

```
```

| | |
|---|---|
| INC.; AURORA LOAN SERVICES, | ) |
| LLC and DOE DEFENDANTS 1-100, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS LAWYERS TITLE INSURANCE CORPORATION AND FIDELITY NATIONAL FINANCIAL, INC.'S RULE 16 SCHEDULING CONFERENCE STATEMENT**

Defendants LAWYERS TITLE INSURANCE CORPORATION and FIDELITY NATIONAL FINANCIAL, INC. ("Defendants") submit their scheduling conference statement, pursuant to FRCP Rule 16(b) and Local Rule 16.2(b).

**I.   NATURE OF CASE**

This case concerns a refinance mortgage loan to Plaintiffs Stephen Michael Pagano Jr. and Crystal Pagano by Indymac, FSB ("First Loan"). The First Loan is secured by a mortgage ("First Mortgage") on real property located at 64-5294 Puukapu Street, Kamuela, Hawaii. Indymac, FSB later transferred the First Mortgage and note for the First Loan to Onewest Bank, F.S.B. ("Lender"). Plaintiffs appear to have commenced the current action in an effort to enjoin a pending foreclosure that was initiated by the Lender.

The escrow of the First Loan appears to have occurred on the mainland through a mainland escrow company, Gateway Title, a California company no longer in business. It appears that the recordation of the First Mortgage was initially rejected for recordation by First Hawaii Title Corp., who was hired by

Land America One Stop Transaction to handle the recordation. The documents were sent back to Land America One Stop Transaction and First Hawaii Title Corp. did not further handle the recordation of the mortgage. It is not certain at this time who recorded the First Mortgage.

By the time that the First Mortgage was ultimately recorded, other liens had attached to the property. After discovery, these liens were subordinated to the First Mortgage.

Based on information, Defendant Fidelity National Financial, Inc. has no connection with Plaintiffs or the escrow of the First Loan or the recordation of the mortgage for the First Loan or the title insurance for the First Loan.

Plaintiffs' Complaint purports to assert the following claims relating to the First Loan: negligence, fraud and lack of standing to foreclose. Plaintiffs allege that a priority of lien issue caused them to default on the First Loan. Plaintiffs have not articulated how any claim relates specifically to Defendants or how the priority of lien issue (which has already been resolved) has caused the Plaintiffs' default under the First Loan.

Additionally, it is not readily apparent what legal duties were owed by Defendants to Plaintiffs because Defendants did not make, originate, broker or service the First Loan. Defendants are not initiating or handling the foreclosure. As such, Defendants anticipate filing a motion to dismiss on the basis that none of Plaintiffs' causes of action state a viable claim upon which relief can be granted

and/or a motion for summary judgment because there are no genuine issues of material fact.

## II.     JURISDICTION AND VENUE

This action was initially filed by Plaintiffs in the State of Hawaii Circuit Court of the Third Circuit.  On March 23, 2011, Defendant OneWest Bank, F.S.B. removed the action to this Court based upon diversity jurisdiction.  However, this Court may not have subject matter jurisdiction.

Venue appears proper, pursuant to 28 U.S.C. § 1391(a), because the real property that is security for the First Loan is located in the State of Hawaii.

## III.    JURY DEMAND

Plaintiffs have not demanded a jury trial.

## IV.    DISCLOSURES

Defendants will be filing their initial disclosures concurrently with this scheduling conference statement.

## V.     STATUS OF DISCOVERY AND MOTIONS

There has not yet been any discovery in this case.  Defendants anticipate that they will shortly file a motion to dismiss and/or a motion for summary judgment.

## VI.    SPECIAL PROCEDURES

Defendants do not believe there is any need for any special procedures as set forth in FRCP Rule 16(c)(2) and Local Rule 16.2(a)(9).

## VII. <u>RELATED CASES</u>

Defendants are not aware of any related cases.  However, it appears that there is a pending non-judicial foreclosure concerning the First Loan.

## VIII. <u>OTHER MATTERS</u>

Defendants are not aware of any additional matters that need to be addressed at this time.

DATED:  Honolulu, Hawaii; May 2, 2011.

                                                /s/ Wayne Nasser
                                                WAYNE NASSER
                                                MIRANDA TSAI
                                                Attorneys for Defendants
                                                  LAWYERS TITLE INSURANCE
                                                  CORPORATION and FIDELITY
                                                  NATIONAL FINANCIAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEPHEN MICHAEL PAGANO, JR. and CRYSTAL PAGANO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ONEWEST BANK, F.S.B; INDYMAC MORTGAGE SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; US BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2; LAWYERS TITLE INSURANCE CORPORATION; FIDELITY NATIONAL FINANCIAL, INC.; AURORA LOAN SERVICES, LLC and DOE DEFENDANTS 1-100,<br><br>　　　　　Defendants. | CIVIL NO. CV11-00192 DAE-RLP<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE
---

　　　　The undersigned hereby certifies that service of a copy of the foregoing document was made upon the following parties by means indicated below:

　　　　STEPHEN MICHAEL PAGANO, JR.　　　U.S. mail and e-mail
　　　　CRYSTAL PAGANO
　　　　64-5294 Puukapu Street
　　　　Kamuela, Hawaii 96743
　　　　scp808@hotmail.com

　　　　Plaintiffs pro se

961370

| | |
|---|---|
| DAVID ROSEN, ESQ.<br>LAUREN M. AKITAKE, ESQ.<br>810 Richards Street, Suite 880<br>Honolulu, Hawaii 96813 | U.S. mail |

Attorneys for Defendants
ONEWEST BANK, F.S.B, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2

| | |
|---|---|
| LANE HORNFECK, ESQ.<br>STEPHANIE E. W. THOMPSON, ESQ.<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br>lhornfeck@starnlaw.com<br>sthompson@starnlaw.com | CM/ECF |

Attorneys for Defendant
  AURORA LOAN SERVICES, LLC

DATED:  Honolulu, Hawaii; May 2, 2011.

 /s/ Wayne Nasser
WAYNE NASSER
MIRANDA TSAI
Attorneys for Defendants
  LAWYERS TITLE INSURANCE
  CORPORATION and FIDELITY
  NATIONAL FINANCIAL, INC.